| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Harpool, Mark D. | 2. Court or Organization<br><br>Western District of Missouri | 3. Date of Report<br><br>05/11/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>222 N. John Q. Hammons Parkway<br>Springfield, MO 65806 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Residual Fees-Former interest in Baird, Lightner, Millsap & Harpool, P.C. (now known as Barid, Lightner, Millsap, P.C.) | $13,262.00 |
| 2. 2016 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Spouse is self-employed, in-home child care |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Empire Bank | Mortgage loans on rental properties | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ABBVIE Inc - ABBV | | None | | | Buy | 11/02/16 | L | | |
| 2. | | | | | Sold | 11/09/16 | L | C | |
| 3. ALIBABA GROUP HLDG ADR FSPONSORED ADR 1 ADR REPS 1 ORD - BABA | | None | K | T | Sold (part) | 01/28/16 | J | A | |
| 4. | | | | | Sold (part) | 03/02/16 | J | A | |
| 5. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 6. | | | | | Sold (part) | 06/10/16 | K | B | |
| 7. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 8. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 9. | | | | | Buy (add'l) | 12/29/16 | K | | |
| 10. ALPHABET INC (Class A) - GOOGL | | None | L | T | Buy | 02/05/16 | L | | |
| 11. | | | | | Buy (add'l) | 04/22/16 | K | | |
| 12. | | | | | Sold (part) | 05/24/16 | K | A | |
| 13. | | | | | Sold (part) | 06/06/16 | K | A | |
| 14. Ameritrade Cash Reserves MMDA12 | A | Interest | K | T | | | | | |
| 15. AMGEN INCORPORATED - AMGN | A | Dividend | | | Sold | 07/28/16 | K | B | |
| 16. APPLE INC- AAPL common stock | B | Dividend | L | T | Buy (add'l) | 01/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Sold (part) | 02/17/16 | J | A | |
| 18. | | | | | Sold (part) | 02/29/16 | J | A | |
| 19. | | | | | Sold (part) | 03/23/16 | J | A | |
| 20. | | | | | Buy (add'l) | 04/26/16 | J | | |
| 21. | | | | | Sold (part) | 05/24/16 | J | A | |
| 22. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 23. | | | | | Sold (part) | 07/12/16 | J | A | |
| 24. | | | | | Sold (part) | 11/02/16 | K | A | |
| 25. | | | | | Sold (part) | 11/18/16 | K | A | |
| 26. ARGOS THERAPEUTICS - ARGS | | None | | | Buy | 02/11/16 | J | | |
| 27. | | | | | Sold (part) | 02/16/16 | J | A | |
| 28. | | | | | Sold | 03/11/16 | J | B | |
| 29. BANK OF AMERICA - SAVINGS | A | Interest | J | T | | | | | |
| 30. BANK OF AMERICA ACCOUNTS - cash/ checking | A | Interest | J | T | | | | | |
| 31. BANK OF AMERICA CORP- BAC common stock | | None | | | Buy | 01/15/16 | J | | |
| 32. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 33. | | | | | Sold | 01/29/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Buy | 02/12/16 | J | | |
| 35. | | | | | Sold | 02/16/16 | J | A | |
| 36. BIODELIVERY SCI INTL - BDSI | | None | | | Buy | 03/03/16 | J | | |
| 37. | | | | | Sold | 04/27/16 | J | A | |
| 38. BLACKSTONE GROUP LP LP - BX | D | Int./Div. | L | T | Buy (add'l) | 04/15/16 | K | | |
| 39. | | | | | Sold (part) | 12/09/16 | K | A | |
| 40. CELGENE CORP- CELG common stock | | None | | | Buy | 01/13/16 | L | | |
| 41. | | | | | Sold | 01/20/16 | L | C | |
| 42. | | | | | Buy | 07/14/16 | K | | |
| 43. | | | | | Sold (part) | 09/15/16 | J | A | |
| 44. | | | | | Sold | 10/19/16 | K | A | |
| 45. Charles Schwab Checking | A | Interest | J | T | | | | | |
| 46. Charles Schwab Money Shares | A | Interest | J | T | | | | | |
| 47. CHIPOLTE MEXICAN GRL - CMG | | None | | | Buy | 03/02/16 | K | | |
| 48. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 49. | | | | | Sold (part) | 03/23/16 | K | A | |
| 50. | | | | | Sold | 03/30/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. CELATOR PHARMACEUTIC - CPXX | | None | | | Buy | 02/11/16 | J | | |
| 52. | | | | | Sold | 03/11/16 | J | B | |
| 53. CISCO SYSTEMS INC - CSCO common stock | A | Dividend | | | Sold (part) | 01/25/16 | K | A | |
| 54. | | | | | Buy (add'l) | 03/15/16 | J | | |
| 55. | | | | | Sold (part) | 05/19/16 | J | A | |
| 56. | | | | | Buy (add'l) | 09/02/16 | K | | |
| 57. | | | | | Sold | 10/21/16 | K | A | |
| 58. DELTA AIR LINES INC - DAL | | None | | | Buy | 07/01/16 | K | | |
| 59. | | | | | Sold | 07/12/16 | K | C | |
| 60. DFA COMMODITY STRATEGY PTF - DCMSX | A | Int./Div. | J | T | Buy | 11/21/16 | J | | |
| 61. DFA EMERGING MKTS - DFEMX | A | Dividend | J | T | Sold (part) | 06/13/16 | J | A | |
| 62. | | | | | Sold (part) | 09/12/16 | J | A | |
| 63. DFA EMERGING MKTS VALUE PTF - DFEVX | A | Dividend | J | T | Sold (part) | 06/13/16 | J | A | |
| 64. | | | | | Sold (part) | 09/12/16 | J | A | |
| 65. DFA INT'L SM CP - DFISX | A | Int./Div. | J | T | Sold (part) | 06/13/16 | J | A | |
| 66. | | | | | Sold (part) | 09/12/16 | J | A | |
| 67. DFA INT'L SM CP VAL - DISVX | A | Int./Div. | J | T | Sold (part) | 03/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 06/13/16 | J | A | |
| 69. | | | | | Sold (part) | 09/12/16 | J | A | |
| 70. DFA INT'L VALUE - DFIVX | B | Dividend | K | T | Sold (part) | 09/12/16 | J | B | |
| 71. | | | | | Sold (part) | 12/12/16 | J | B | |
| 72. DFA US LG CAP VAL - DFLVX | B | Int./Div. | K | T | Sold (part) | 06/13/16 | J | B | |
| 73. | | | | | Sold (part) | 09/12/16 | J | A | |
| 74. | | | | | Sold (part) | 12/12/16 | J | B | |
| 75. DFA US MICRO - DFSCX | A | Int./Div. | J | T | Sold (part) | 06/13/16 | J | A | |
| 76. | | | | | Sold (part) | 09/12/16 | J | A | |
| 77. | | | | | Sold (part) | 12/12/16 | J | A | |
| 78. DFA US SM CAP - DFSTX | A | Int./Div. | J | T | Sold (part) | 06/13/16 | J | A | |
| 79. | | | | | Sold (part) | 09/12/16 | J | A | |
| 80. DFA US SMALL CP - DFSVX | A | Int./Div. | J | T | Sold (part) | 06/13/16 | J | A | |
| 81. | | | | | Sold (part) | 09/12/16 | J | A | |
| 82. | | | | | Sold (part) | 12/12/16 | J | B | |
| 83. DICERNA PHARMACEUTL - DRNA | | None | | | Buy | 03/03/16 | J | | |
| 84. | | | | | Sold | 03/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. DONNELLEY FINANCIAL - DFIN (Spinoff of RR Donnelley & Sons) | | None | | | Spinoff (from line 147) | 10/03/16 | J | | |
| 86. | | | | | Sold | 12/07/16 | J | A | |
| 87. FACEBOOK INC CLASS A - FB | | None | L | T | Buy | 01/25/16 | K | | |
| 88. | | | | | Sold | 01/28/16 | L | C | |
| 89. | | | | | Buy | 02/05/16 | K | | |
| 90. | | | | | Sold | 03/30/16 | K | C | |
| 91. | | | | | Buy | 05/31/16 | K | | |
| 92. | | | | | Buy (add'l) | 11/18/16 | J | | |
| 93. FEDERATED HIGH YLD - FIHBX | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 94. | | | | | Sold (part) | 06/13/16 | J | A | |
| 95. | | | | | Sold (part) | 09/12/16 | J | A | |
| 96. FEDERATED TOTAL RT BOND - FTRBX | A | Int./Div. | J | T | Sold (part) | 03/09/16 | J | A | |
| 97. | | | | | Sold (part) | 06/13/16 | J | A | |
| 98. FEDERATED ULTRA SHRT - FULIX | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 99. FIREEYE INC. - FEYE | | None | | | Buy | 02/12/16 | J | | |
| 100. | | | | | Sold | 04/13/16 | K | D | |
| 101. | | | | | Buy | 05/03/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 06/06/16 | K | A | |
| 103. FRONTIER COMM CO - FTR | C | Dividend | | | Buy | 02/22/16 | K | | |
| 104. | | | | | Sold | 03/14/16 | L | D | |
| 105. | | | | | Buy | 06/09/16 | J | | |
| 106. | | | | | Buy (add'l) | 06/10/16 | K | | |
| 107. | | | | | Sold (part) | 06/20/16 | K | A | |
| 108. | | | | | Buy (add'l) | 09/02/16 | K | | |
| 109. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 110. | | | | | Buy (add'l) | 11/02/16 | K | | |
| 111. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 112. | | | | | Sold (part) | 11/15/16 | J | A | |
| 113. | | | | | Sold (part) | 11/18/16 | J | A | |
| 114. | | | | | Sold | 11/28/16 | K | C | |
| 115. GILEAD SCIENCES INC - GILD - common stock | A | Dividend | | | Buy (add'l) | 01/28/16 | K | | |
| 116. | | | | | Buy (add'l) | 01/29/16 | K | | |
| 117. | | | | | Sold (part) | 02/03/16 | K | A | |
| 118. | | | | | Sold (part) | 02/08/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Sold (part) | 02/11/16 | K | A | |
| 120. | | | | | Buy (add'l) | 02/22/16 | K | | |
| 121. | | | | | Buy (add'l) | 03/02/16 | K | | |
| 122. | | | | | Buy (add'l) | 05/05/16 | J | | |
| 123. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 124. | | | | | Sold (part) | 05/24/16 | J | A | |
| 125. | | | | | Sold (part) | 05/27/16 | J | A | |
| 126. | | | | | Sold (part) | 06/06/16 | J | A | |
| 127. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 128. | | | | | Sold | 11/02/16 | K | A | |
| 129. INTEL CORP - INTC | A | Dividend | | | Buy | 04/20/16 | K | | |
| 130. | | | | | Sold | 06/10/16 | K | A | |
| 131. LSC COMMUNICATIONS - LKSD | A | Dividend | K | T | Spinoff (from line 147) | 10/01/16 | J | | |
| 132. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 133. MOST 529 PLAN - Moderage Age-Based Opt Vanguard Growth | | None | K | T | Buy (add'l) | 12/31/16 | J | | |
| 134. NIKE INC Class B - NKE | | None | | | Buy | 07/01/16 | K | | |
| 135. | | | | | Sold | 07/11/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. NXP SEMICONDUCTORS F - NXPI | | None | | | Buy | 07/21/16 | K | | |
| 137. | | | | | Sold | 07/28/16 | K | A | |
| 138. PALO ALTO NETWORKS - PANW | | None | | | Buy | 02/05/16 | K | | |
| 139. | | | | | Buy (add'l) | 02/08/16 | K | | |
| 140. | | | | | Sold (part) | 02/18/16 | K | A | |
| 141. | | | | | Sold (part) | 03/23/16 | J | C | |
| 142. | | | | | Sold | 04/15/16 | K | C | |
| 143. PIMCO COMMODITY - PCRIX | A | Dividend | | | Sold | 11/18/16 | J | B | |
| 144. PIMCO FOREIGN BOND - PFUIX | A | Dividend | J | T | Sold (part) | 03/09/16 | J | A | |
| 145. PAYPAL HOLDINGS INCO - PYPL | | None | | | Buy | 03/02/16 | K | | |
| 146. | | | | | Sold | 03/11/16 | J | A | |
| 147. RR DONNELLEY & SONS - RRD | D | Dividend | K | T | Buy (add'l) | 01/25/16 | K | | See Note in Part VIII. |
| 148. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 149. | | | | | Buy (add'l) | 02/10/16 | J | | |
| 150. | | | | | Sold (part) | 02/17/16 | L | A | |
| 151. | | | | | Sold (part) | 03/23/16 | K | B | |
| 152. | | | | | Buy (add'l) | 05/09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Buy (add'l) | 05/13/16 | J | | |
| 154. | | | | | Buy (add'l) | 06/09/16 | K | | |
| 155. | | | | | Sold (part) | 07/01/16 | K | B | |
| 156. | | | | | Sold (part) | 07/12/16 | L | E | |
| 157. | | | | | Buy (add'l) | 07/19/16 | K | | |
| 158. | | | | | Buy (add'l) | 07/28/16 | K | | |
| 159. | | | | | Buy (add'l) | 08/03/16 | K | | |
| 160. | | | | | Buy (add'l) | 09/20/16 | J | | |
| 161. | | | | | Buy (add'l) | 09/21/16 | J | | |
| 162. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 163. | | | | | Sold (part) | 11/18/16 | J | A | |
| 164. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 165. SALESFORCE COM - CRM | | None | L | T | Buy | 07/28/16 | K | | |
| 166. | | | | | Buy (add'l) | 08/02/16 | K | | |
| 167. SCHWAB BANK DDA ACCOUNT | A | Interest | J | T | | | | | |
| 168. STARBUCKS CORP - SBUX | A | Dividend | | | Buy | 01/25/16 | K | | |
| 169. | | | | | Sold | 02/02/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. SKYWORKS SOLUTIONS - SWKS | A | Dividend | | | Sold | 04/28/16 | L | A | |
| 171. SPDR GLOBAL REAL ESTATE ETF - RWO | A | Int./Div. | J | T | Sold (part) | 03/09/16 | J | A | |
| 172. SPHERE 3D (Threeed) CORP F - ANY | | None | | | Buy | 02/11/16 | J | | |
| 173. | | | | | Sold | 04/27/16 | J | A | |
| 174. TWILIO INC Class A - TWLO | | None | K | T | Buy | 06/30/16 | K | | |
| 175. | | | | | Buy (add'l) | 07/05/16 | K | | |
| 176. | | | | | Sold (part) | 07/07/16 | K | B | |
| 177. | | | | | Sold | 07/29/16 | K | D | |
| 178. | | | | | Buy | 08/02/16 | K | | |
| 179. | | | | | Buy (add'l) | 08/09/16 | K | | |
| 180. | | | | | Sold | 08/11/16 | K | B | |
| 181. | | | | | Buy | 12/22/16 | K | | |
| 182. TWITTER INC - TWTR - common stock | | None | | | Buy | 05/03/16 | J | | |
| 183. | | | | | Sold | 05/09/16 | J | A | |
| 184. VERIZON COMMUNICATIONS - VZ - common stock | B | Dividend | | | Sold | 01/13/16 | L | A | |
| 185. VGD DEVELOPED MKTS - VDVIX | A | Dividend | K | T | Sold (part) | 06/13/16 | J | A | |
| 186. | | | | | Sold (part) | 09/12/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 187. VGD GROWTH - VIGRX | A | Dividend | K | T | Sold (part) | 06/13/16 | J | A | |
| 188. | | | | | Sold (part) | 09/12/16 | J | A | |
| 189. VGD S&P 500 INDEX - VOO | A | Dividend | K | T | Sold (part) | 03/09/16 | J | A | |
| 190. | | | | | Sold (part) | 06/13/16 | J | A | |
| 191. | | | | | Sold (part) | 09/12/16 | J | A | |
| 192. | | | | | Sold (part) | 12/12/16 | J | A | |
| 193. VGD SHORT TERM - VFSTX | A | Int./Div. | K | T | Sold (part) | 03/09/16 | J | A | |
| 194. VGD SHORT TERM TIP - VTIP | A | Dividend | K | T | Sold (part) | 03/09/16 | J | A | |
| 195. WALT DISNEY CO - DIS | A | Dividend | | | Sold | 01/25/16 | K | A | |
| 196. WELLS FARGO & CO NEW - WFC | A | Dividend | | | Buy | 01/13/16 | K | | |
| 197. | | | | | Sold | 02/08/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. - Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Part VII. - Dividends and capital gains on individual stocks were combined into one entry for that stock for the year.

Part VII., Line 147 - RR Donnelley & Sons was reported last year under description of Donnelley, RR Sons & Co - RRD.  Spinoffs from RR Donnelley & Sons are LSC Commnications - LKSD (Line 131),
and Donnelley Financial - DFIN (Line 85).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544